UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 10, 2023

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 23-MJ-249 |
| | : | |
| TARELL SHOEMAKER, | : | VIOLATIONS: |
| also known as "Tarrell Shoemaker," | : | 18 U.S.C. § 922(g)(1) |
| also known as "Glock," | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a |
| Defendant. | : | Crime Punishable by Imprisonment for a |
| | : | Term Exceeding One Year) |
| | : | 18 U.S.C. § 922(o) |
| | : | (Unlawful Possession of a Machinegun) |
| | : | 18 U.S.C. § 922(k) |
| | : | (Possession of a Firearm With An |
| | : | Obliterated, Removed, Changed and |
| | : | Altered Serial Number) |
| | : | |
| | : | FORFEITURE: |
| | : | 18 U.S.C. § 924(d); 21 U.S.C. § 853(p); |
| | : | and 28 U.S.C. § 2461(c) |

### INDICTMENT

The Grand Jury charges that:

#### COUNT ONE

On or about September 8, 2023, within the District of Columbia, **TARELL SHOEMAKER, also known as "Tarrell Shoemaker, also known as "Glock,"** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Maryland Court, Criminal Case No. C-02-CR-21-00183, did unlawfully and knowingly receive and possess a firearm, that is, a Glock .40 caliber pistol with an obliterated serial number, and did unlawfully and knowingly receive and possess ammunition, that is, .40 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about September 8, 2023, within the District of Columbia, **TARELL SHOEMAKER, also known as "Tarrell Shoemaker, also known as "Glock,"** did knowingly and unlawfully possess a machinegun, as defined by Title 26, United States Code, Section 5845(b), that is, a Glock .40 caliber pistol, with an obliterated serial number, equipped with a conversion device designed and intended to convert the pistol into a weapon which shot, and was designed to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger.

(**Unlawful Possession of a Machinegun**, in violation of Title 18, United States Code, Section 922(o))

## COUNT THREE

On or about September 8, 2023, within the District of Columbia, **TARELL SHOEMAKER, also known as "Tarrell Shoemaker, also known as "Glock,"** did unlawfully, knowingly and intentionally receive and possess a firearm, that is, a Glock .40 caliber pistol, from which the serial number and other identification required by law had been obliterated, removed, changed, and altered, and which had been shipped and transported in interstate and foreign commerce.

(**Possession of a Firearm with an Obliterated, Removed, Changed and Altered Serial Number**, in violation of Title 18, United States Code, Section 922(k))

## FORFEITURE ALLEGATION

1. Upon conviction of the offenses alleged in Counts One through Three of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States

Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a Glock .40 caliber pistol, with a machinegun conversion device, and .40 caliber ammunition.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves/CCW*
Attorney of the United States in
and for the District of Columbia